

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** 1:25-cr-00020 |
| | ) | Judge Manish S. Shah |
| v. | ) No. | Magistrate Judge Gabriel A. Fuentes |
| | ) | RANDOM / Cat. 4 |
| ADNAN VOJIC | ) | Violation: Title 21, United States Code, |
| | ) | Section 841(a)(1) |

## COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about May 26, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ADNAN VOJIC,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine (PCP), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about June 30, 2023, at Chicago, in the Northern District of Illinois, Eastern Division,

ADNAN VOJIC,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, 100 grams or more of a mixture and substance containing a detectable amount of phencyclidine (PCP), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY